UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

STEVE S. HONG,

    Plaintiff

— against —

JT HOME MANAGEMENT LLC, JUDAH J. TAUB, and DOES 1 THROUGH 10,

    Defendants.

---

18-MC-2612 (ARR)

**Opinion & Order**

Not for electronic or print publication

---

ROSS, United States District Judge:

This Court has received the Report and Recommendation on the instant case dated September 20, 2023, from the Honorable Peggy Kuo, United States Magistrate Judge. No objections have been filed. Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH)(LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, Plaintiff's Motion for Attorneys' Fees is granted and Plaintiff is awarded $8,891.00 in attorneys' fees.

SO ORDERED.

                                                 _____/s/_____
                                               Allyne R. Ross
                                               United States District Judge

Dated:    October 10, 2023
             Brooklyn, New York